UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV19-00364 JAK (KKx) | Date | August 5, 2019 |
| Title | James Rutherford v. Johnnys Burgers Madison, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daisy Rojas / Andrea Keifer | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) SCHEDULING ORDER SETTING PRETRIAL DEADLINES (DKT. 19)

The Court has reviewed the parties' Joint Reports and sets the following deadlines:

| | |
|---|---|
| September 13, 2019: | Last day to amend or add parties |
| March 2, 2020: | Non-Expert Discovery Cut-Off |
| March 16, 2020: | Initial Expert Disclosures |
| March 20, 2020: | Last day to participate in a settlement conference/mediation |
| March 27, 2020: | Last day to file notice of settlement / joint report re settlement |
| March 30, 2020: | Rebuttal Expert Disclosures |
| April 6, 2020 at 11:30 a.m.: | Post Mediation Status Conference |
| April 13, 2020: | Expert Discovery Cut-Off |
| April 20, 2020: | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a member from the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on April 6, 2020, if such notice is filed on or before March 27, 2020. If a notice of settlement is not filed, counsel shall file a joint report by March 27, 2020, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV19-00364 JAK (KKx) | Date | August 5, 2019 |
|---|---|---|---|
| Title | James Rutherford v. Johnnys Burgers Madison, Inc., et al. | | |

settlement communications between the parties.

**IT IS SO ORDERED.**

                                                                                            : 

Initials of Preparer     dr