UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY'S BURGERS MADISON, INC., a California corporation; CHEOL WOO LEE AND EUN SOON LEE, co-trustees of the CHEOL WOO LEE AND EUN SOON LEE REVOCABLE LIVING TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00364-JAK-KK<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE (DKT. 25)**<br><br>**JS-6** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford (the "Plaintiff") and Johnny's Burgers Madison and Cheol Woo Lee and Soon Lee ("Defendants"), the Court finds good cause to **GRANT** the Joint Stipulation. Accordingly, Plaintiff's Complaint in the above-entitled action is dismissed in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 20, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE